# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JUSTON MARSHALL <br><br> Defendant. | CASE NO: 5:24-MJ-00182 <br><br> ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

    (A)  (✓)  the appearance of defendant as required; and/or

    (B)  ( )  the safety of any person or the community.

//
//

The court concludes:

A. ( ) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_____

_____

_____

_____

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

- UNKNOWN BACKGROUND OR AVAILABLE BAIL RESOURCES
- OUTSTANDING WARRANT (SAN BERNARDINO CTY, NO BAIL)
- ABSCONDING FROM PROBATION / FAILURE TO REPORT
- CRIMINAL HISTORY

IT IS ORDERED that defendant be detained.

DATED: 4/23/24

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE